UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**JAVIER JEREMIAS BARRIOS MAZARIEGOS**, an individual,
**CARLOS DAVID GARCIA CORADO**,
an individual,

Plaintiffs,

v.

**ELITE HOME AND STONE SUPPLY INC.,**
A Domestic Profit Corporation,
**EDISON HOME SUPPLY & STONE, INC.,**
A domestic Profit Corporation,
**ERIC KING,** and individual,
**MAHI MAHESH,** an individual,
**NINA MAHESH,** an individual
**Defendants.**

Hon. Paul L. Maloney
Case No.1:22-cv-568

| | |
|---|---|
| **AVANTI LAW GROUP, PLLC**<br>Robert Anthony Alvarez (P66954)<br>Attorneys for Plaintiff<br>600 28th St. SW<br>Wyoming, MI 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | |

## ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS ERIC KING, ELITE HOME AND STONE SUPPLY, INC., AND EDISON HOME SUPPLY & STONE INC.

Defendants have failed to respond to the complaint and are now in Default. Therefore, upon request of the Plaintiffs, Default Judgment is hereby entered against Defendants Eric King, Elite Home and Stone Supply, Inc., and Edison Home Supply & Stone Inc., jointly and severally, as provided in Rule 55(b)(2), Federal Rules of Civil Procedure in the amount of one hundred fourteen thousand seven hundred sixty dollars ($114,760) for total liquidated damages.

Date: November 13, 2023                     /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            U.S. District Court Judge